IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CRAVEN RANDALL CASPER<br><br>    Plaintiff,<br>v.<br><br>Equifax Inc.<br><br>    Defendant. | Case No. 1:18-CV-1511-TWT |

### DEFENDANT'S RESPONSE TO CASPER PLAINTIFF'S MOTION TO COMPEL ANSWER TO *PRO SE* COMPLAINT

Defendant Equifax Inc. ("Equifax") respectfully submits this response to Plaintiff Craven Randall Casper's motion to compel an answer to his *pro se* complaint. On April 5, 2018, the Judicial Panel on Multidistrict Litigation transferred this action to this MDL processing. *In re Equifax, Inc., Customer Data Security Breach Litigation*, MDL No. 2800, Dkt. 713 ("*In re Equifax*"). Plaintiff's motion should be denied pursuant to CMO-1 and CMO-3, which, among other things, suspended Equifax's deadline to respond to Mr. Casper's *pro se* complaint without date. (Dkt. No. 23 at 4 and Dkt. No. 248 at 5.).

1

Respectfully submitted this 1st day of June, 2018.

                                                  <u>*/s/ S. Stewart Haskins II*</u>
                                                  **KING & SPALDING LLP**
                                                  David L. Balser
                                                  Georgia Bar No. 035835
                                                  Phyllis B. Sumner
                                                  Georgia Bar No. 692165
                                                  S. Stewart Haskins II
                                                  Georgia Bar No. 336104
                                                  Elizabeth D. Adler
                                                  Georgia Bar No. 558185
                                                  John C. Toro
                                                  Georgia Bar No. 175145
                                                  1180 Peachtree Street, N.E.
                                                  Atlanta, Georgia  30309
                                                  Tel.:  (404) 572-4600
                                                  Fax:  (404) 572-5140
                                                  dbalser@kslaw.com
                                                  psumner@kslaw.com
                                                  shaskins@kslaw.com
                                                  eadler@kslaw.com
                                                  jtoro@kslaw.com

                                                  *Counsel for Defendant Equifax Inc.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by L.R. 5.1B.  This Response was prepared on a computer using the Times New Roman font (14 point).

Respectfully submitted, this 1st day of June, 2018.

*/s/ S. Stewart Haskins II*
**KING & SPALDING LLP**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.  In addition, pro se Plaintiff Craven Randall Casper was served with Defendant's Response on June 1, 2018 by United States mail, addressed as follows:

>Craven Randall Casper
>P.O. Box 2311
>Chapel Hill, NC  27515

>>*/s/ S. Stewart Haskins II*
>>S. Stewart Haskins II